COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Raj Kumar Vats, Relator

Appellate case number:   01-13-01075-CV

Trial court case number:  2011-72178

Trial court:                       311th District Court of Harris County

On December 20, 2013, relator, Raj Kumar Vats, filed a petition for writ of mandamus and a motion for immediate temporary relief. Relator's motion for temporary relief is **granted**. The trial of the underlying matter in cause no. 2011-72178 in the 311th District Court of Harris County, currently set for January 10, 2014, is stayed *See* TEX. R. APP. P. 52.10(b). The stay is effective until disposition of relator's petition for writ of mandamus or further order of this Court.

The Court further requests a response to the petition for writ of mandamus from the real party in interest, Smrita Vats. The response, if any, is due no later than January 17, 2014**.**

It is so ORDERED.

Judge's signature: /s/ Jim Sharp
                              ☒ Acting individually     ☐ Acting for the Court

Date:  December 31, 2013